Opinion by Tilson, J.   The evidence was found not sufficient to establish that the merchandise is wearing apparel of any kind.   The claim at 75 percent under paragraph 1529 (a) and T. D. 48316 was therefore overruled.

Before the Third Division, January 14, 1941

**No. 45171.**—Protest 952532–G of Browne Vintners Co., Inc. (Baltimore).

Opinion by Keefe, J.   It was stipulated that the china jars in question are of the same character as those the subject of Abstract 43068.   They were therefore held dutiable at one-third the rate of 70 percent ad valorem and 10 cents per dozen pieces under paragraphs 212 and 810 as claimed.

**No. 45172.**—Protests 45675–K, etc., of B. Dorman et al. (New York).

Opinion by Keefe, J.   In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 48284) it was held that an allowance of 2½ percent should have been made in the weight of the cheese to compensate for the inedible coverings.

**No. 45173.**—Protests 45617–K, etc., of Conestoga Cream & Cheese Mfg. Corp. et al. (New York).

Opinion by Keefe, J.   In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 48284) it was held that an allowance of 2½ percent should have been made in the weight of the cheese to compensate for the inedible coverings.

**No. 45174.**—Protests 43238–K, etc., of Societa Prodotti Nazionali et al. (New York).

Opinion by Keefe, J.   In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 48284) it was held that an allowance of 2½ percent should have been made in the weight of the cheese to compensate for the inedible coverings.

**No. 45175.**—Protests 42301–K, etc., of Santo Alioto & Sons et al. (New York).

Opinion by Keefe, J.   In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 48284) it was held that an allowance of 2½ percent should have been made in the weight of the cheese to compensate for the inedible coverings.